Tue Jan 17 10:28:12 2006

UNITED STATES DISTRICT COURT

INDIANAPOLIS

Receipt No. 102 7680
Cashier djh

Check Number: 309543

| DO Code | Div No |
|---|---|
| 4628 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:510000 | N | 2 | 190.00 |
| 2:086900 | N | 2 | 60.00 |

Total Amount $ 250.00

1:06-CV-0059 T/K FILING FEE

ICE MILLER

AUSTRALIAN GOLD, INC. v. HALL

Doc. 4

*DF

Tue Jan 17 10:28:12 2006

Check No. 309543
Amount$ 250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4628