AO 458 (Rev. 5/85) Appearance

2006 JAN 17 AM 10:19

# United States District Court

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

APPEARANCE

AUSTRALIAN GOLD, INC.,
Plaintiff,

v.

1:06-cv-0059-JDT-TAB

CASE NUMBER:

CHARMI HALL,
Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Australian Gold, Inc.

AUSTRALIAN GOLD, INC. v. HALL Doc. 6

January 17, 2006

*Date*

*Signature*

Scott D. Matthews
**(scott.matthews@icemiller.com)**
*Print Name*
ICE MILLER LLP
One American Square, Suite 3100
*Address*

Indianapolis IN 46282-0200
*City* *State* *Zip Code*

(317) 236-2100
*Phone Number*