UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUSTRALIAN GOLD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-0059-JDT-TAB |
| | ) | |
| CHARMI HALL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO APPROVE AGREED PERMANENT INJUNCTION**

Plaintiff, Australian Gold, Inc., and Defendant, Charmi Hall, by their respective counsel, hereby file this Motion to approve the Agreed Permanent Injunction and state as follows:

1. Australian Gold brought this lawsuit against Hall for her sale of Australian Gold tanning lotions and products on ebay.com. Among other things, Australian Gold sued Hall for copyright infringement, trademark infringement, tortious interference with contract and other state law claims.

2. The parties have reached a settlement in this lawsuit whereby Hall has agreed to refrain from selling Australian Gold's products on the internet, including on ebay.com, from infringing on any of Australian Gold's trademarks or copyrights and from interfering with Australian Gold's contracts with its distributors.

3. Pursuant to the terms of the settlement agreement reached between the parties, Hall has agreed to the entry of a permanent injunction against her enjoining her from engaging in the activities described above. A true and correct copy of the Agreed Permanent Injunction, which has been executed by counsel for both parties is attached hereto as Exhibit A.

Dockets.Justia.com

4. Therefore, the parties request that the Court issue the Agreed Permanent Injunction.

5. The parties have agreed that the lawsuit shall be dismissed with prejudice upon the entry of the Agreed Permanent Injunction.

WHEREFORE, Australian Gold, Inc., and Defendant, Charmi Hall, by their respective counsel, respectfully request that the Court enter the Agreed Permanent Injunction, and for all other appropriate relief.

Respectfully submitted,

ICE MILLER LLP

/s/ Scott D. Matthews
Michael A. Wukmer
Scott D. Matthews

Attorneys for Australian Gold, Inc.

ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200
(317) 236-2100
mike.wukmer@icemiller.com
scott.matthews@icemiller.com

DANKS and DANKS

/s/ Rick Cory (per permission)
Rick Cory

DANKS and DANKS
1010 Sycamore Street
Evansville, IN 47708-1812
rcory@danks-danks.com

I/1794123.1

A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUSTRALIAN GOLD, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-0059-JDT-TAB |
| | ) | |
| CHARMI HALL, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED PERMANENT INJUNCTION**

This cause now comes before the Court by the agreement of the Plaintiff, Australian Gold, Inc. and Defendant, Charmi Hall, who have agreed to the following permanent injunction.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that:

Defendant, Charmi Hall, and any other person or entity acting in concert with her, is hereby permanently enjoined from, directly or indirectly, under any name or in any form:

1. Offering for sale, selling, advertising, distributing or marketing any Australian Gold, Caribbean Gold and/or Swedish Beauty tanning lotions and products ("Products"), including, but not limited to, on the internet, on ebay.com or any other online auction, at any flea market or any other retail location.

2. Interfering with any distributorship agreement between Australian Gold and any of its distributors or otherwise interfering with Australian Gold's distribution channel.

3. Infringing any of Australian Gold's trademarks, including using any trademarks on the internet, on ebay.com or using any trademark in any manner that is likely to cause confusion or mistake as to the affiliation, connection or association of Australian Gold and Hall or as to the origin, sponsorship or approval of the Products.

4. Using, copying or otherwise exploiting Australian Gold's copyrighted works, including Australian Gold's federally registered copyrights for the labels for the Products, and any other copyrighted works on the internet, on ebay.com or in any other manner whatsoever.

Dated: ____________________ ________________________________________
Judge, United States District Court

Agreed to:

Australian Gold, Inc.,

By: ________________________________________
Michael A. Wukmer
Scott D. Matthews
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200

Charmi Hall

By: ________________________________________
Rick Cory
Danks and Danks
1010 Sycamore Street
Evansville, IN 47708-1812

Distribution to:

Michael A. Wukmer
Scott D. Matthews
Ice Miller LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200

Rick Cory
Danks and Danks
1010 Sycamore Street
Evansville, IN 47708-1812

I/1690112.1