AUSTRALIAN GOLD, INC. v. HALL Doc. 10



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUSTRALIAN GOLD, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-0059-JDT-TAB |
| | ) | |
| CHARMI HALL, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED PERMANENT INJUNCTION**

This cause now comes before the Court by the agreement of the Plaintiff, Australian Gold, Inc. and Defendant, Charmi Hall, who have agreed to the following permanent injunction.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that:

Defendant, Charmi Hall, and any other person or entity acting in concert with her, is hereby permanently enjoined from, directly or indirectly, under any name or in any form:

1. Offering for sale, selling, advertising, distributing or marketing any Australian Gold, Caribbean Gold and/or Swedish Beauty tanning lotions and products ("Products"), including, but not limited to, on the internet, on ebay.com or any other online auction, at any flea market or any other retail location.

2. Interfering with any distributorship agreement between Australian Gold and any of its distributors or otherwise interfering with Australian Gold's distribution channel.

3. Infringing any of Australian Gold's trademarks, including using any trademarks on the internet, on ebay.com or using any trademark in any manner that is likely to cause confusion or mistake as to the affiliation, connection or association of Australian Gold and Hall or as to the origin, sponsorship or approval of the Products.

Dockets.Justia.com

4. Using, copying or otherwise exploiting Australian Gold's copyrighted works, including Australian Gold's federally registered copyrights for the labels for the Products, and any other copyrighted works on the internet, on ebay.com or in any other manner whatsoever.

Dated: 07/25/2006

John Daniel Tinder, Judge
United States District Court

Agreed to:

Australian Gold, Inc.,

By: ______________________
Michael A. Wukmer
Scott D. Matthews
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200

Charmi Hall

By: ______________________
Rick Cory
Danks and Danks
1010 Sycamore Street
Evansville, IN 47708-1812

Distribution to:

Michael A. Wukmer
Scott D. Matthews
Ice Miller LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200

Rick Cory
Danks and Danks
1010 Sycamore Street
Evansville, IN 47708-1812

I/1690112.1