UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUSTRALIAN GOLD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-0059-JDT-TAB |
| | ) | |
| CHARMI HALL, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Australian Gold, Inc., pursuant to FRCP 41(a)(1), by counsel, hereby dismisses Defendant from this lawsuit. Pursuant to FRCP 41(a)(1), this dismissal is without prejudice and no Order of the Court is required for this matter to be dismissed.

Respectfully submitted,

ICE MILLER LLP

/s/ Scott D. Matthews
Michael A. Wukmer
Scott D. Matthews

Attorneys for Australian Gold, Inc.

ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, IN 46282-0200
(317) 236-2100
mike.wukmer@icemiller.com
scott.matthews@icemiller.com

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of July, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Rick Cory
Danks and Danks
1010 Sycamore Street
Evansville, IN 47708-1812
rcory@danks-danks.com

/s/ Scott D. Matthews

ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, Indiana 46282-0200
(317) 236-2100

I/1755469.1